IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COURTNEY LAURIE, surviving spouse ) | |
| and heir-at-law of JOHN "JACK" LAURIE, ) | |
| III, deceased, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 05-1037-MLB |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SEAL

NOW before the Court is plaintiff's Motion for Order to Seal Accounting of Wrongful Death Settlement Proceeds Distribution which contains confidential information pursuant to the terms of the parties' settlement agreement. For good cause appearing, the Court hereby enters its Order granting plaintiff leave to file her Accounting of Wrongful Death Settlement Proceeds Distribution UNDER SEAL. Accordingly plaintiff's Motion to Seal is GRANTED.

IT IS SO ORDERED.

Date

s/Monti Belot
Monti L. Belot
UNITED STATES DISTRICT JUDGE